1  Craig K. Perry, Esq.
   Nevada Bar No. 003786
2  CRAIG K. PERRY & ASSOCIATES
   8010 W. Sahara Avenue, Suite 260
3  Las Vegas, Nevada 89117
   (702) 228-4777
4  (702) 943-7520 Fax
   cperry@craigperry.com
5
   Mark F. Anderson, Esq.
6  California State Bar No. 44787
   (Admitted Pro Hac Vice)
7  ANDERSON, OGILVIE & BREWER, LLP
   235 Montgomery Street, Suite 914
8  San Francisco, CA 94104
   Telephone (415) 651-1951
9  Fax (415) 500-8300
   mark@aoblawyers.com
10
   *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| David M. Rapp, | Case No.: 2:16-cv-01456-JCM-CWH |
| Plaintiff, | |
| vs. | JOINT STIPULATION AND ORDER FOR DISMISSAL |
| Experian Information Solutions, Inc., Trans Union LLC., Equifax Information Services, Inc., Pro Collect, Inc., Does I-X, and Roe Corporation I-X, inclusive. | |
| | District Judge James Mahan |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

///

///

///

---

Stipulation and Order for Dismissal with Prejudice     1     Case No.: 2:16-cv-01456-JCM-CWH

through their respective counsel of record, that the above matter shall be dismissed, with prejudice, with the parties to bear their own costs and attorney' fees.

| | |
|---|---|
| This 8th day of February 2018<br><br>CRAIG K. PERRY & ASSOCIATES<br><br>/s/Craig K. Perry, Esq.<br>CRAIG K. PERRY, Esq.<br>State Bar No 3786<br>8010 West Sahara Avenue, Suite 260<br>Las Vegas, NV 89117<br>info@1stoplawfirm.com<br><br>Mark F. Anderson, Esq.<br>(Admitted Pro Hac Vice)<br>ANDERSON, OGILVIE & BREWER, LLP<br>235 Montgomery Street, Suite 914<br>San Francisco, CA 94104<br>mark@aoblawyer.com<br>*Attorneys for Plaintiff* | This 8th day of February 2018<br><br>JOHN W. BODWICH & ASSOCIATES<br><br>/s/ John W. Bodwich, Esq.<br>JOHN W. BOWDICH, ESQ.<br>(Admitted Pro Hac Vice)<br>BOWDICH & ASSOCIATES, PLLC<br>10440 N. Central Expy., Suite 1540<br>Dallas, Texas 75231<br>jbowdich@bowdichlaw.com<br><br>Attorneys for Defendant, ProCollect, Inc. |
| This 8th day of February 2018<br><br>ALVERSON TAYLOR MORTENSEN & SANDERS<br><br>/s/Kurt R. Bond, Esq.<br>KURT R BOND, ESQ.<br>Nevada Bar No. 6228<br>7401 W Charleston Blvd.<br>Las Vegas, Nevada 89117<br>efile@alversontaylor.com<br>Attorneys for ProCollect, Inc. | |

IT IS SO ORDERED:

_____
JAMES MAHAN
UNITED STATES DISTRICT JUDGE

DATED: February 12, 2018

---
Stipulation and Order for Dismissal with Prejudice    2

Case No.: 2:16-cv-01456-JCM-CWH

## CERTIFICATE OF SERVICE

The undersigned certifies that the following were served with a copy of the foregoing document on the date and by the method of service identified below:

CM/ECF

All counsel of record
Dated:  February 8, 2018

/s/Craig K. Perry, Esq.
CRAIG K. PERRY
Attorney for Plaintiff